Opinion issued March 1, 2012.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00103-CV

———————————

Robert R. Gregory, Individually and as Trustee of the Gregory Family
Trust, Under Declaration of Trust, Dated October 9, 2001, Appellant

V.

Sterling
Bank, Appellee



 



 

On Appeal from the 151st District Court 

Harris County, Texas



Trial Court Cause No. 2009-80751

 



MEMORANDUM OPINION

Appellant has filed a motion to dismiss the
appeal.  No opinion has issued.  Accordingly, we grant the motion and dismiss
the appeal.  See Tex. R. App. P. 42.1(a)(1).

We dismiss all other pending motions as moot.

PER CURIAM

Panel
consists of Justices Jennings, Massengale, and Huddle.